1

2

3

4                           **UNITED STATES DISTRICT COURT**

5                                **DISTRICT OF NEVADA**

6   ANNMARIE BISHOP,

7          Plaintiff(s),                              Case No.: 2:19-cv-02113-JAD-NJK

8   v.                                            **REPORT AND RECOMMENDATION**

9   MOUNTAIN VIEW HOSPITAL,

10         Defendant(s).

11          On December 11, 2019, the Court found that Plaintiff's application to proceed *in forma*

12  *pauperis* was incomplete and thus denied it without prejudice to file a new application.[1]  Docket

13  No. 3 at 1, 3.  The Court required Plaintiff to, no later than January 21, 2020, "file a fully complete

14  application to proceed *in forma pauperis*" or "pay the full $400 fee for filing a civil action."  *Id.* at

15  3.  To date, the Court has not received another application to proceed *in forma pauperis* or the full

16  $400 fee for filing a civil action.

17          Further, Plaintiff has failed to provide the Court a current address.  *See* Docket No. 4.

18  Therefore, the undersigned **RECOMMENDS** that this case be **DISMISSED** without prejudice.

19  *See* Local Rule IA 3-1.

20          Dated: April 10, 2020

21                                                    _____

22                                                    Nancy J. Koppe
                                                      United States Magistrate Judge
23

24

---

25          [1] The Court also found that, "although [it] had not screened Plaintiff's complaint, . . .
    Plaintiff has clearly failed to comply with Fed.R.Civ.P. 8.  Further, Plaintiff has failed to establish
26  that this Court has subject matter jurisdiction over her case."  Docket No. 3 at 3.  The Court noted
    that it would not screen Plaintiff's complaint until she files a new application to proceed *in forma*
27  *pauperis* and the Court grants it but that, "[i]f Plaintiff believes she can correct [the noted
    deficiencies], she may file an amended complaint no later than January 21, 2020."  To date, the
28  Court has not received an amended complaint.  *See* Docket.

1

2

3

4

5

6

7

8

9

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28

**NOTICE**

This report and recommendation is submitted to the United States district judge assigned to this case pursuant to 28 U.S.C. § 636(b)(1).  A party who objects to this report and recommendation must file a written objection supported by points and authorities within fourteen days of being served with this report and recommendation.  Local Rule IB 3-2(a).  Failure to file a timely objection may waive the right to appeal the district court's order.  *Martinez v. Ylst*, 951 F.2d 1153, 1157 (9th Cir. 1991).